UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 21-6845-JFW(ASx)**                                        Dated: October 22, 2021

Title:   Sylvia Love -v- US Foods, Inc., et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
None                                                                                 None

**PROCEEDINGS (IN CHAMBERS):**   ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION FOR REMAND TO LOS ANGELES SUPERIOR COURT [filed 9/23/21; Docket No. 22]

  Plaintiff's Motion for Remand to Los Angeles Superior Court is currently on calendar for October 25, 2021, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for October 25, 2021 is hereby vacated and the matter is taken off calendar. The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

  IT IS SO ORDERED.

Initials of Deputy Clerk  sr