JS-6

# UNITED STATES FEDERAL DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA LOVE, an individual; <br><br> Plaintiff, <br><br> v. <br><br> US FOODS, INC., dba U.S. FOOD SERVICE, INC.; a corporation, <br><br> Defendants. | **CASE NO.: 2:21-CV-06845-JFW-ASx** <br><br> **[Los Angeles Sup.Ct. Case No.: 21STCV23055]** <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** <br><br> Hon. John F. Walter, presiding |

In consideration of the Parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown,

**IT IS HEREBY ORDERED** that the above-captioned lawsuit is dismissed in its entirety with prejudice as to all claims, causes of action and parties.  Each party shall bear their own fees and costs.

DATED: January 24, 2022

_____
John F. Walter
United States District Judge